

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00187-CR

Silvestre **GREGORIO GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7301
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 24, 2025.

_____
H. Todd McCray, Justice